UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK COLIN JENNINGS,

      Plaintiff,

v.

MARK KARNITZ, et al.,

      Defendants.
_____/

Case No. 1:12-CV-175

HON. GORDON J. QUIST

## ORDER ADOPTING REPORT AND RECOMMENDATION

On February 4, 2013, Magistrate Judge Hugh W. Brenneman, Jr., issued a Report and Recommendation (docket no. 17) recommending that this Court grant Defendants' Motion for Summary Judgment. The Court has reviewed the Report and Recommendation, which was served on Plaintiff on February 5, 2013. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C). The Court now adopts the Report and Recommendation as the opinion of the Court. Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (docket no. 17) is adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment (docket no. 10) is **GRANTED**.

A separate judgment will issue. This case is **concluded**.

Dated: March 4, 2013                                              /s/ Gordon J. Quist
                                                                                        GORDON J. QUIST
                                                                   UNITED STATES DISTRICT JUDGE